UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.,

                Plaintiff,

- against -

WATERMARK CAPITAL GROUP LLC, WATERMARK CAPITAL MANAGEMENT LLC, WATERMARK DEVELOPERS LLC, 4TH AVENUE QOZB LLC, ONE ZERO ONE LLC, 303 WYTHE AVE LLC, CHESKY LANDAU A/K/A CHASKEL LANDAU, 1428 PUTNAM TOWERS LLC, 143 GRAHAM LLC, BARCLAY USA LLC, THE LOKETCH GROUP INC., B CONTRACTORS GROUP LLC, WMCM LLC, EMPIRE MANAGEMENT & CONSTRUCTION LLC, YATZIV CORP., and ND ARCHITECTURE & DESIGN P.C.,

                Defendants.
----------------------------------------X

Case No.: 1:25-cv-00874-HG-JAM

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for all the parties, that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, that all cross-claims asserted by Defendant ND Architecture & Design P.C. as against Defendants Watermark Capital Group LLC, Watermark Capital Management LLC, 4th Avenue QOZB LLC, One Zero One LLC, 303 Wythe Ave LLC, Chesky Landau a/k/a Chaskel Landau, 1428 Putnam Towers LLC, 143 Graham LLC, Barclay USA LLC, The Loketch Group Inc., B Contractors Group LLC, WMCM LLC, Empire Management & Construction LLC, and Yatziv Corp. in the above-captioned action are hereby discontinued, without prejudice, and without costs to any party against the other.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be filed with the Court without further notice.

Dated: Princeton, New Jersey
August 6, 2025

**GFELLER LAURIE LLP**

By: _/s/ Gary Strong_____
Gary Strong, Esq.
*Attorneys for Defendant*
**ND Architecture & Design P.C.**
105 College Road East
Second Floor
Princeton, New Jersey 08540
(609) 776-3100
gstrong@gllawgroup.com

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**

By: _/s/_____
Dean Sterling Kidd, Esq.
*Attorneys for Defendants*
**Watermark Capital Group LLC, Watermark Capital Management LLC, 4th Avenue QOZB LLC, One Zero One LLC, 303 Wythe Ave LLC, Chesky Landau a/k/a Chaskel Landau, 1428 Putnam Towers LLC, 143 Graham LLC, Barclay USA LLC, The Loketch Group Inc., B Contractors Group LLC, WMCM LLC, Empire Management & Construction LLC, and Yatziv Corp.**
One Eastover Center
100 Vision Drive
P.O. Box 14167, Suite 400
Jackson, MS 39236
(601) 351-8952
skidd@bakerdonelson.com